**Order filed February 1, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00739-CV

_____

**COURTNEY MICHELLE GULLEDGE, Appellant**

**V.**

**KEVIN BAILES, Appellee**

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2021-43880**

---

## O R D E R

The notice of appeal in this case was filed December 17, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **February 11, 2022.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson